UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL J. BAJOR,

        Plaintiff(s),        CASE NUMBER: 08-12401
                                      HONORABLE VICTORIA A. ROBERTS

v.

WAL-MART CORPORATION,

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 16, 2010, Magistrate Judge R. Steven Whalen submitted a Report and Recommendation (Doc. #29) recommending that the Court GRANT Defendant's Motion for Summary Judgment. (Doc. #24).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **GRANTS** Defendant's motion.

    **IT IS ORDERED**.

                                          S/Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated: March 8, 2010

1

The undersigned certifies that a copy of this document was served on the attorneys of record and Daniel J. Bajor by electronic means or U.S. Mail on March 8, 2010.

s/Carol A. Pinegar
Deputy Clerk